No. 17,515.

PETROLEUM CARRIERS CONFERENCE, ETC. *v.* PUBLIC
UTILITIES COMMISSION, ET AL.
(286 P. [2d] 635)

Decided August 8, 1955.

Mr. MARION F. JONES, Mr. ALVIN J. MEIKLEJOHN, JR.,
for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General; Mr. FRANK
A. WACHOB, Deputy Attorney General; Mr. WILLIAM T.
SECOR, Assistant Attorney General, for defendant in
error Public Utilities Commission of Colorado.

Mr. RICHARD E. CONOUR, Mrs. ELIZABETH A. CONOUR,
Mr. JOHN M. BOYLE, Mr. MACK WITTY, for defendants in
error Fred T. Gibson and Eveready Freight Service, Inc.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.